# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2015

150694

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                                         SC:  150694
                                         COA:  323675
MATTHEW BELL,                              Wayne CC:  99-009228-FC
          Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the October 24, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2015



p0921

                            Clerk